<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2052**

WYMON GRIFFIN,

Plaintiff - Appellant,

v.

PROFESSIONAL POLICE & SECURITY SERVICE; ALMAMY CONAKRY; FOOD
LION, INCORPORATED, Store #635,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Robert J. Conrad,
Jr., Chief District Judge.  (3:07-cv-00425-RJC-DCK)

Submitted:  March 12, 2009            Decided:  March 16, 2009

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wymon Griffin, Appellant Pro Se.  Walter Lewis Smith, Jr.,
ROBINSON, ELLIOTT & SMITH, Charlotte, North Carolina; Julie Lynn
Bell, PATTERSON DILTHEY, LLP, Raleigh, North Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wymon Griffin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Griffin v. Professional Police & Security Serv., No. 3:07-cv-00425-RJC-DCK (W.D.N.C. Aug. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED